NUMBERS 13-00-641-CR and 13-00-643-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


ROGELIO RAMIREZ
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Hinojosa and Chavez


Opinion Per Curiam



 Appellant, ROGELIO RAMIREZ, attempted to perfect appeals from
judgments entered by the 347th District Court of Nueces County, Texas. 
Sentence in these causes was imposed on August 28, 2000. No timely
motion for new trial was filed. The notices of appeal were due to be
filed on September 27, 2000, but were not filed until October 4, 2000. 
 Said notices of appeal are untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notices of appeal and a
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and
appellant's failure to timely perfect his appeals, is of the opinion that the
appeals should be dismissed for want of jurisdiction. The appeals are
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of November, 2000.